IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH DIVISION)

| | | |
|---|---|---|
| WILLIAM E. EIKEY et ux., | § § | ELECTRONICALLY FILED |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:06-CV-121 |
| FOUNDATION COAL CORPORATION, et al, | § § | JUDGE LANCASTER |
| Defendants. | § § | |

## STIPULATION AS TO DISMISSAL OF LESS THAN ALL DEFENDANTS

It is hereby stipulated by all counsel of record, to dismiss without prejudice the complaint in the above-entitled action as to defendants Foundation Coal Corporation, Foundation Coal Holdings, Inc., Foundation Coal Resources Corporation, Foundation PA Coal Co., ONLY, who were erroneously sued.

It is further stipulated that plaintiffs reserve all rights against defendants Emerald Coal Resources, L.P. f/k/a RAG Emerald Resources, L.P., and Pennsylvania Land Holdings Corporation, collectively t/d/b/a Emerald Mine, who were properly sued and who have filed a responsive pleading to plaintiff's complaint.

Respectfully submitted,

s/ Michael E. DeMatt
Michael E. DeMatt, Esquire
Attorney ID: PA85881
Attorney for Plaintiffs

Berk Whitehead Kerr & Turin, P.C.
115 North Main Street
Greensburg, PA 15601
(724) 838-1400
(724) 834-0363 (FAX)
mdematt@bwc-law.com (email)


s/ Avrum Levicoff
Avrum Levicoff, Esquire
Attorney ID: PA26044
Attorney for Defendants

Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(421) 434-5200

SO ORDERED, this 21 day of April, 2006.

_____
Hon. Gary L. Lancaster, U.S. District Judge