IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH DIVISION)

| | | |
|---|---|---|
| WILLIAM E. EIKEY and <br> CHERYL EIKEY, husband and wife, <br><br> Plaintiffs, <br> v. <br><br> FOUNDATION COAL CORPORATION et al. <br><br> Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 2:06-CV-121 |

## ORDER OF COURT

AND NOW to wit this 25th day of April, 2006, upon consideration of the foregoing motion it is hereby ORDERED, ADJUDGED and DECREED that the caption in the within matter shall be amended as follows:

| | | |
|---|---|---|
| WILLIAM E. EIKEY and <br> CHERYL EIKEY, husband and wife, <br><br> Plaintiffs, <br> v. <br><br> EMERALD COAL RESOURCES, L.P. f/k/a RAG EMERALD RESOURCES, L.P., and PENNSYLVANIA LAND HOLDINGS CORPORATION, collectively t/d/b/a EMERALD MINE. <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:06-CV-121 <br><br> JUDGE LANCASTER |

BY THE COURT

_____, J.