# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA – PITTSBURGH DIVISION

| | |
|---|---|
| WILLIAM E. EIKEY and CHERYL EIKEY, husband and wife, | C.A. No.: 2:06-CV-121 |
| Plaintiffs, | The Honorable Gary L. Lancaster |
| v. | Electronic Filing |
| EMERALD COAL RESOURCES, L.P., f/k/a RAG EMERALD RESOURCES, L.P., and PENNSYLVANIA LAND HOLDINGS CORPORATION, collectively, t/d/b/a EMERALD MINE, | |
| Defendants. | |

## ORDER OF COURT

IT IS SO ORDERED that defendants' Motion to Withdraw Motion to Strike Plaintiffs' Supplemental Pretrial Statement is granted.

Entered this the 10TH day of MAY, 2007.

_____ J.
The Honorable Gary L. Lancaster