```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM E. EIKEY, ET UX.,   )
      Plaintiffs,           )
                            )
      v.                    )   Civil Action No. 06-121
                            )
EMERALD COAL RESOURCES,     )
L.P., ET AL.,               )
      Defendants.           )
```

ORDER

AND NOW this 11th day of June, 2007, the court having received defendants' motion in limine to limit the plaintiffs' medical experts testimony [document #51] and brief in support, IT IS HEREBY ORDERED that plaintiffs' response shall be filed on or before June 26, 2007.

IT IS FURTHER ORDERED that defendants' motion to continue pretrial conference [document #50] is GRANTED. The Pretrial Conference in the instant case will now be held on Monday, July 2, 2007 at 10 a.m.

                              BY THE COURT:


                              s/Gary L. Lancaster      , J.
                              The Honorable Gary L. Lancaster,
                              United States District Judge

cc:   all parties of record