# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA – PITTSBURGH DIVISION

| | |
|---|---|
| WILLIAM E. EIKEY and CHERYL EIKEY, husband and wife, | C.A. No.: 2:06-CV-121 |
| Plaintiffs, | The Honorable Gary L. Lancaster |
| v. | Electronic Filing |
| EMERALD COAL RESOURCES, L.P., f/k/a RAG EMERALD RESOURCES, L.P., and PENNSYLVANIA LAND HOLDINGS CORPORATION, collectively, t/d/b/a EMERALD MINE, | |
| Defendants. | |

### ~~PROPOSED~~ ORDER

AND NOW, this 28th day of Sept, 2007, the parties by and through their counsel, Michael Dematt, Esquire for the plaintiffs, and Avrum Levicoff, Esquire for the defendants, have advised the Court that the judgment heretofore entered in this matter upon acceptance of an Offer of Judgment pursuant to Rule 68, Federal Rules of Civil Procedure, and all interest accrued thereon, has been paid in full.

NOW, THEREFORE, it is hereby ORDERED that the Clerk shall mark the said judgment "satisfied", and extinguish the same from the docket of the Court.

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

_____
Michael DeMatt, Esquire
Berk Whitehead Kerr & Turin, P.C.
115 North Main Street
Greensburg, PA 15601

_____
Avrum Levicoff, Esquire
Levicoff, Silko & Deemer, P.C.
Suite 1900 Centre City Tower
650 Smithfield Street
Pittsburgh, PA 15222